UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 0 7 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HAGGERTY ENTERPRISES, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORIGINAL LIGHTING INC., ) <br> GEMMY INDUSTRIES, CORPORATION,) <br> WALGREEN COMPANY, ) <br> KAY-BEE CENTER INC., and ) <br> LIPAN INDUSTRIAL CO., LTD. ) <br> ) <br> Defendants. ) | Civil No. H-97-1830 |

## CONSENT PERMANENT INJUNCTION AND FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Complaint, and Plaintiff Haggerty Enterprises, Inc. ("Haggerty") and Defendants Gemmy Industries Corporation ("Gemmy"), Kay-Bee Center Inc. ("Kay-Bee"), and Walgreen Company ("Walgreen") having settled their differences and having consented to the entry of the below set forth permanent injunction and final judgment, and the Court having considered the record, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that with respect to any and all claims against Gemmy, Kay-Bee, and Walgreen the following shall be the FINAL JUDGMENT herein:

1. U.S. Trademark Registration No. 1,611,140 ("the CONFIGURATION") and U.S. Trademark Registration No. 852,625 for LAVA LITE are owned by Haggerty, are valid, and have been infringed by Gemmy, Kay-Bee, and Walgreen.

2. Each of Gemmy, Kay-Bee, and Walgreen, and their

13

respective officers, directors, agents, servants, employees, and all persons, firms, corporations acting or claiming to act on their behalf or under their direction or authority are hereby PERMANENTLY ENJOINED from any and all use of the CONFIGURATION or any lamp configuration likely to be confused with the CONFIGURATION, including but not limited to the configuration of the "Groove Tube Volcano" lamp or any configuration wherein a tapered transparent container separates a base and top piece, wherein the visible portion of the container is axially symmetric, and wherein the overall silhouette of the lamp is substantially sleek and streamlined and from any and all use in connection with lamps of any name which includes the term "LAVA" or anything confusingly similar thereto, including but not limited to "Volcano" and "Groove Tube Volcano."

    3.    This **PERMANENT INJUNCTION** shall not apply with respect to any claim of any intellectual property that has expired or been found or adjudicated invalid or unenforceable by any court or agency of competent jurisdiction, provided that such finding or judgment has become final and nonreviewable.

    4.    No party in this action shall receive costs or attorney's fees as part of this Judgment.

    DONE AND ORDERED at the United States District Court this **6** day of **Aug**, 1997.

*[signature]*
United States District Judge

- 2 -

|  |  |
|---|---|
|  | Consented to on behalf of Haggerty |
| _July 31_, 1997 | _/s/ Ronald L. Engel_<br>Ronald L. Engel<br>KECK, MAHIN & CATE<br>77 West Wacker Drive<br>Chicago, IL 60601<br>(312) 634-7700 |
|  | Consented to on behalf of Gemmy |
| _____, 1997 | By: _/s/_ |
|  | Title: V.P. |
|  | Consented to on behalf of Kay-Bee |
| _____, 1997 | By: _____ |
|  | Title: _____ |
|  | Consented to on behalf of Walgreen |
| _____, 1997 | By: _____ |
|  | Title: _____ |

300A9655

- 3 -

                                                    Consented to on behalf of Haggerty

_July 31_____, 1997   _[signature]_____
                                          Ronald L. Engel
                                          KECK, MAHIN & CATE
                                          77 West Wacker Drive
                                          Chicago, IL 60601
                                          (312) 634-7700


                                          Consented to on behalf of
                                              Gemmy

_____, 1997   By:_____

                                          Title:_____

                                          Consented to on behalf of
                                              Kay-Bee

_7-28_____, 1997   By:_[signature]_____
                                          Albert J. Bell
                                          Senior Vice President and Secretary
                                          Title:_____


                                          Consented to on behalf of
                                              Walgreen

_____, 1997   By:_____

                                          Title:_____

300A9455

|  |  | Consented to on behalf of Haggerty |
|---|---|---|
| _July 31_, 1997 | | _/s/ Ronald L. Engel_ |

Ronald L. Engel
KECK, MAHIN & CATE
77 West Wacker Drive
Chicago, IL 60601
(312) 634-7700

Consented to on behalf of
   Gemmy

_____, 1997     By: _____

                         Title: _____

Consented to on behalf of
   Kay-Bee

_____, 1997     By: _____

                         Title: _____

Consented to on behalf of
   Walgreen

_July 31_____, 1997    By: _/s/ Robert R. _____

                         Title: _SENIOR ATTORNEY_____

300A9455

- 3 -